IN THE UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ROMAC, | Case No.: 3:10-cv-02311-EMC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR THE PLAINTIFF |
| SUSAN KATHLEEN FOSTER, dba FOOTHILL BAIL BONDS, | |
| Defendant. | |

**~~PROPOSED~~ ORDER OF SUBSTITUTION OF COUNSEL FOR THE PLAINTIFF**

THIS CAUSE CAME TO BE HEARD upon Plaintiff's Motion of Substitution of Counsel. Having considered the matter and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Substitution of Counsel shall be granted.

IT IS SO ORDERED.

Date: 8/2/10  _____

Honorable U.S. District Court Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

- 1 -

ORDER